EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re:* | |
|---|---|
| Elizabeth D'Oleo Puig | 2022 TSPR 41 |
| | 208 DPR _____ |

Número del Caso: TS-16,147


Fecha: 11 de abril de 2022


Materia: Readmisión al ejercicio de la abogacía.


Abogada de la parte peticionaria:

      Lcda. Daisy Calcaño López

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Elizabeth D'Oleo Puig

TS-16,147

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 11 de abril de 2022.

Examinada la *Moción Solicitando Reinstalación al Ejercicio de la Abogacía* presentada por la Sra. Elizabeth D'Oleo Puig a través de su representación legal, se provee ***ha lugar***. Por consiguiente, se autoriza la readmisión de la letrada al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo